IN THE UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF TEXAS
PECOS DIVISION

JOHN P. BOERSCHIG                         §
                                          §
V.                                        §        NO. 4:16-CV-056 RAJ
                                          §
TRANS-PECOS PIPELINE, LLC                 §
                                          §

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

It is ORDERED the above-styled and numbered cause is DISMISSED WITH PREJUDICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and based upon the Parties Stipulation of Dismissal [Doc. 41] filed January 11, 2018.

IT IS FURTHER ORDERED that all attorney's fees, expenses and court costs shall be borne by the party incurring same.  All other relief not expressly granted herein is DENIED.

IT IS FINALLY ORDERED that all pending motions, if any, are DENIED AS MOOT.

SIGNED this 12th day of January, 2018.


ROBERT JUNELL
SENIOR U. S. DISTRICT JUDGE